JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO LUIS RENTERIA, | Case No. 2:19-cv-05228-JFW (SHK) |
| Petitioner, | |
| v. | **JUDGMENT** |
| CHRISTIAN PFEIFFER, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

Dated: October 25, 2019

_____
HONORABLE JOHN F. WALTER
United States District Judge